**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| BENTON STUDENT HOUSING, LLC, | : | No. 342 EAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| LION CONSTRUCTION, LLC, LION | : | |
| CONSTRUCTION MANAGEMENT, LLC, | : | |
| SEAN SCHELLENGER, AND MICHAEL | : | |
| STILLWELL, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.